# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07-CV-137-MR-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) CAROLINA STEEL & STONE, INC., ) ) Defendant. ) ) | **ORDER** |

THIS MATTER is before the undersigned on the parties' Joint Motion to Modify Scheduling Deadlines (Document No. 15) filed April 3, 2008. It appears that good cause supports this Motion, and therefore it is ordered that the ADR deadline be extended to **April 14, 2008**. All other deadlines will remain the same.

Signed: April 3, 2008

David C. Keesler
United States Magistrate Judge