IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-137-MR-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CAROLINA STEEL & STONE, INC.,  )<br><br>Defendant.  ) | **ORDER** |

THIS MATTER is before the undersigned on the parties' Second Joint Motion to Modify Scheduling Deadlines (Document No. 17) filed April 21, 2008. It appears that good cause supports this Motion, and therefore it is ordered that the ADR deadline be extended to **May 15, 2008**.

Signed: April 22, 2008

David C. Keesler
United States Magistrate Judge