# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv137

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) CAROLINA STEEL & STONE, INC., ) ) Defendant. ) ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Report of Mediation by Danae Woodward [Doc. 19], filed May 14, 2008, and pursuant to the terms of the Pre-Trial and Case Management Plan [Doc.9] filed August 7, 2007.

The Mediator has reported that the parties reached an impasse during mediation. The deadlines for discovery and motions set forth in the Pre-Trial Order and Case Management Plan [Doc. 9] have expired. Paragraph III.A. of the Pre-Trial Order states that the trial date will be set when the matter is ripe for determination. As the mediation has impassed and the deadlines have passed, the matter is now ripe for determination

and ready for a trial setting.  The next available date for this matter to be set while allowing the parties time for trial preparation is the August jury term, which is a mixed term that is scheduled to begin on Monday, August 18.

**IT IS, THEREFORE, ORDERED** that this matter will be scheduled for trial in the August 18, 2008, mixed jury term in the Charlotte Division.

Signed: May 21, 2008

Martin Reidinger
United States District Judge